UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH GRAY ) | |
| ) | |
| vs. ) | Case No. 2:10-cv-08048-SLB-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

**MEMORANDUM OPINION**

On July 12, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor the government have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 17th day of March, 2013.

                                              */s/ Sharon Lovelace Blackburn*
                                              SHARON LOVELACE BLACKBURN
                                              CHIEF UNITED STATES DISTRICT JUDGE